AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia        ▼

United States of America

v.

ANDREY CHUN SARMIENTO,
also known as
ANDREY CHUN

*Defendant*

)
)
)
)
)
)

Case: 1:24-cr-00108
Assigned To : Judge Loren L. AliKhan
Assign. Date : 2/29/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ANDREY CHUN SARMIENTO, also known as ANDREY CHUN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
 18 U.S.C. § 2252(a)(2), (b)(1) (distribution of child pornography)

2024.02.29
14:01:05
-05'00'

*Issuing officer's signature*

Date:     02/29/2024

City and state:     Washington, D.C.

Hon. Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/1/24
at *(city and state)* Harrisburg, PA.

, and the person was arrested on *(date)* 3/1/24

Date: 3/1/24

*Arresting officer's signature*

Alyssa Alliger, Special Agent
*Printed name and title*