AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cr-00108 |
| ANDREY CHUN SARMIENTO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANDREY CHUN SARMIENTO.

Date: 04/23/2024

*Attorney's signature*

Paulette Pagán Bar No. 1737374
*Printed name and bar number*
Price Benowitz LLP
409 7th Street NW Suite 200
Washington D.C. 20004

*Address*

paulette@pricebenowitz.com
*E-mail address*

(202) 731-9882
*Telephone number*

(202) 334-6661
*FAX number*