UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal No. 24-CR-108-LLA |
| v. | : | |
| ANDREY CHUN SARMIENTO, | : | |
| Defendant. | : | |

**MOTION TO WITHDRAW**

Defendant's counsel, Alan R. Soven, moves to withdraw as counsel of record as the Defendant has retained other counsel, Paulette Pagan, who is a member of the District of Columbia bar and has filed her Notice of Appearance.

Respectfully submitted,
By:  */s/ Alan R. Soven*
ALAN R. SOVEN, ESQ.
**LAW OFFICES OF ALAN R. SOVEN, P.A.**
Florida Bar No.: 259421

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **May 3, 2024,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

By:  */s/ Alan R. Soven*
ALAN R. SOVEN, ESQ.
Florida Bar No.: 259421
**LAW OFFICES OF ALAN R. SOVEN, P.A.**
1571 Northwest 13th Court
Miami, FL 33125
Tel: (305) 326-0330
Fax: (305) 325-0219
Email: alan@alansoven.com