UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANDREY CHUN SARMIENTO,**<br>also known as<br>**ANDREY CHUN,**<br><br>**Defendant.** | **CRIMINAL NO. 24-CR-108 (LLA)** |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this status report pursuant to the Court's March 3, 2025, Minute Order and respectfully requests that the Court permit the parties to file a proposed sentencing schedule by May 23, 2025. In support of this motion, the government represents the following:

1. On March 3, 2025, the Court ordered the parties to submit a proposed sentencing schedule within seven days of the filing of the defendant's psychosexual evaluation.

2. On May 8, 2025, the U.S. Probation Office provided the parties with the evaluation.

3. The government has reached out to defense counsel to draft a joint proposed sentencing schedule, but it is undersigned counsel's understanding that defense counsel is currently out of the office until May 19, 2025. Given defense counsel's current unavailability, the government requests that the parties be permitted to file their proposed sentencing schedule by May 23, 2025. In the alternative, the government proposes the following dates: sentencing memoranda due on July 14, 2025, and a sentencing hearing on July 29, 2025.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:     */s/ Caroline Burrell*
Caroline Burrell
CA Bar 283687
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 815-8613
caroline.burrell@usdoj.gov