UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 24-CR-108 (LLA) |
| | : | |
| **ANDREY CHUN SARMIENTO,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Rachel Bohlen. AUSA Rachel Bohlen will be substituting for AUSA Caroline Burrell.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Rachel Bohlen*
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 805-3575
rachel.bohlen@usdoj.gov

## **CERTIFICATE OF SERVICE**

On August 7, 2025, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                            */s/ Rachel Bohlen*
                                                            Rachel Bohlen
                                                            Assistant United States Attorney